## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | |
|---|---|
| AMBER RAEDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 3:12-CV-843-PSS-CAN |
| ) | |
| NEW ENGLAND COMPOUNDING ) | |
| PHARMACY, INC. a/k/a NEW ) | |
| ENGLAND COMPOUNDING CENTER; ) | |
| AMERIDOSE, LLC; ALAUNUS ) | |
| PHARMACEUTICAL, LLC; BARRY ) | |
| CADDEN; LISA CADDEN; ) | |
| and GREGORY CONIGLIARO, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT ALAUNUS PHARMACEUTICAL, LLC'S
### CORPORATE DISCLOSURE

Defendant Alaunus Pharmaceutical, LLC, by counsel, pursuant to Federal Rule of Civil Procedure 7.1, makes the following corporate disclosure: Alaunus Pharmaceutical, LLC does not have any parent corporations and no publicly-held corporation owns 10% or more of Alaunus's stock.

LEWIS WAGNER LLP

By: /s/ Kameelah Shaheed-Diallo
DINA M. COX, #18590-49
KAMEELAH SHAHEED-DIALLO, #28058-49
ROBERT M. BAKER IV, #25471-49
*Attorneys for Defendants New England Compounding Pharmacy Inc.; Alaunus Pharmaceutical, LLC; Barry Cadden; Lisa Cadden; and Gregory Conigliaro*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on January 4, 2013 using the CM/ECF system which sent notification of this filing to the following:

Douglas A. Mulvaney
STUTSMAN & MULVANEY
1300 Cassopolis Street
P.O. Box 1337
Elkhart, Indiana 46515

                                               */s/ Kameelah Shaheed-Diallo*
                                               KAMEELAH SHAHEED-DIALLO

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202
Phone: (317) 237-0500
FAX:   (317) 630-2790
kshaheed-diallo@lewiswagner.com
Q:\NECC\17 - Raeder\Federal Court Action\Corporate Disclosure_Alaunus.docx